THE STATE OF OHIO, APPELLEE, *v.* WALKER, APPELLANT.

[Cite as State *v.* Walker (1988), 39 Ohio St. 3d 606.]

(No. 87-1797—Submitted October 4, 1988—Decided November 9, 1988.)

*Lynn C. Slaby,* prosecuting attorney, and *Philip D. Bogdanoff,* for appellee.

*D'Andrea, Shumaker, Portman & Honeck* and *Thomas A. Shumaker,* for appellant.

This cause is dismissed as having been improvidently allowed, but by so doing this court does not accept the reasoning of the opinion of the court of appeals.

SWEENEY, LOCHER, HOLMES and DOUGLAS, JJ., concur.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

IN RE RESIGNATION OF CARTER.

[Cite as In re Resignation of Carter (1988), 39 Ohio St. 3d 606.]

(No. D.R. 88-7—Submitted October 19, 1988—Decided November 23, 1988.)

The resignation of Robert A. Carter, Jr. as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

IN RE RESIGNATION OF DETTELBACH.

[Cite as In re Resignation of Dettelbach (1988), 39 Ohio St. 3d 606.]

(No. D.R. 88-6—Submitted October 19, 1988—Decided November 23, 1988.)

The resignation of Martin K. Dettelbach as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.